IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

W. G. YATES & SONS CONSTRUCTION COMPANY,                    PLAINTIFF

V.                                    CIVIL ACTION NO.: 2:05CV125-GHD-EMB

RICHARD COOPER, ET AL.,                                    DEFENDANTS

## ORDER

**BEFORE THE COURT** is the Motion [doc. 99] of Plaintiff for admission *pro hac vice* of Michael D. Kozlik. Inasmuch as movant has failed to submit the admission fee required by Local Rule 83.1, movant shall have until April 13, 2007, to pay the same to the Clerk or the instant motion shall be denied.

**SO ORDERED** this**,** the 30th day of March, 2007.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE