IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

W.G. YATES & SONS CONSTRUCTION COMPANY                     PLAINTIFF

VS.                                          CIVIL ACTION NO. 2:05-CV-125-D-B

JOE RICHARDSON, AS REPRESENTATIVE OF
THE ESTATE OF RICHARD N. COOPER, DECEASED,
WHITNEY SLADE, STEVAN HIMMELSTEIN,
AND SHERMAN McGILL                                         DEFENDANTS

## ORDER STAYING DEADLINE FOR COMPLIANCE WITH SUBPOENA

**BEFORE THE COURT** is the Motion of Joe Black, CPA, to Quash Subpoena [doc. 157], filed August 21, 2007. Having duly considered the Motion and the record, the Court rules as follows:

**IT IS HEREBY ORDERED** that the movant is hereby granted a **STAY** of ten (10) days before his compliance with the subject subpoena shall be due. In the meantime, the parties may file a response to the motion to quash on or before August 31, 2007.

**THIS**, the 21st day of August, 2007.

/s/ Eugene M. Bogen
UNITED STATES MAGISTRATE JUDGE